**Order entered April 21, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00031-CR
No. 05-22-00032-CR
No. 05-22-00033-CR
No. 05-22-00034-CR
No. 05-22-00035-CR
No. 05-22-00036-CR

**DAVID RAY JAKUBIEC, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F21-75233-X, F21-75234-X, F21-40264-X, F21-40265-X, F21-48147-X & F21-75235-X**

## ORDER

Before the Court is appellant's April 19, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by May 20, 2022.

/s/     BILL PEDERSEN, III
JUSTICE